```
                                          SDC SDN
                                          DOCUME
UNITED STATES DISTRICT COURT              ELECTR         D
SOUTHERN DISTRICT OF NEW YORK             DOC #:
------------------------------------x     DATE    6/18/09
LICHWICK, JR.,                          :
                                        :
                        Plaintiff,      :
                                        :    08 Civ. 3892 (RMB)
            - against -                 :
                                        :    ADMINISTRATIVE ORDER
VERIZON,                                :
                                        :
                        Defendant.      :
------------------------------------x
```

The parties are directed to appear before the Court for a status/settlement conference with principals on June 18, 2009 at 9:00 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       June 8, 2009

                                    _____RMB_____
                                    RICHARD M. BERMAN, U.S.D.J.